**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-6085

PAUL J. ATHEY,

Petitioner - Appellant,

versus

DIRECTOR OF VIRGINIA DEPARTMENT OF
CORRECTIONS,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CA-00-266-3)

Submitted:  May 3, 2001               Decided:  May 21, 2001

Before TRAXLER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed in part and dismissed in part by unpublished per curiam opinion.

Paul J. Athey, Appellant Pro Se.  Richard Carson Vorhis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul J. Athey appeals the district court's order denying relief on his complaint challenging the procedures used by the Virginia Parole Board in deciding to deny him parole, as well as the denial of parole itself. We have reviewed the record and the district court's opinion and find no reversible error. To the extent that Athey challenged the procedures used by the Virginia Parole Board, the district court properly construed the action as one under 42 U.S.C.A. § 1983 (West Supp. 2000), and we affirm the denial of relief on the reasoning of the district court. Athey v. Director of Virginia Dep't of Corrections, No. CA-00-266-3 (E.D. Va. Dec. 8, 2000). To the extent that Athey's claims sound in habeas corpus, he has not shown that the denial of parole was unconstitutional in any respect. Accordingly, although we grant leave to proceed in forma pauperis, we deny a certificate of appealability and dismiss as to this claim. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED IN PART;

DISMISSED IN PART

2